1  PATRICK T. CONNOR, Bar No. 89136           **MADE JS-6**
   pconnor@deconsel.com
2  YAN GERSHFELD, Bar No. 251375
   ygershfeld@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier:  213/488-4180
6

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12

13 | CARPENTERS SOUTHWEST              ) CASE NO. CV 08-04881
   | ADMINISTRATIVE CORPORATION, a    )         GW(PLAx)
14 | California non-profit ; and       )
   | BOARD OF TRUSTEES FOR THE        )
15 | CARPENTERS SOUTHWEST TRUSTS,     ) AMENDED JUDGMENT
   |                                   )
16 |              Plaintiffs,           )
   |                                   )
17 | v.                                )
   |                                   )
18 | JP DRYWALL, INC., a Nevada        ) Before the Honorable
   | corporation, doing business as JP )      George H. Wu
19 | DRYWALL, and also doing business as )
   | J P DRYWALL; JAMES FREDERICK     )
20 | PAPOLA, an individual, also known as J. )
   | PAPOLA; WESTERN INSURANCE        )
21 | COMPANY, a Nevada corporation; and ) DATE:  March 30, 2009
   | DOES 1 through 10, inclusive,     ) TIME:  8:30 a.m.
22 |                                   ) CTRM:  10
   |              Defendants.          )
23 | _____   )

24

25       This case came for hearing on March 30, 2009 before the Honorable George

26 H. Wu, United States District Court Judge.

27       It appearing that defendants, JP DRYWALL, INC., a Nevada corporation,

28 doing business as JP DRYWALL, and also doing business as J P DRYWALL and

JAMES FREDERICK PAPOLA, an individual, also known as J. PAPOLA, having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST JP DRYWALL, INC., a Nevada corporation, doing business as JP DRYWALL, and also doing business as J P DRYWALL:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $40,225.27 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date (April 25, 2008) | 8,624.28 |
| 3. | Audit Fees | 1,249.14 |
| 4. | Interest from billing date to March 30, 2009 (accruing at $7.82 per day) | 2,611.88 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 11,236.16 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 3,603.95 |
| | GRAND TOTAL | $67,550.68 |
| 7. | Plus costs to be determined after entry of judgment. | |
| 8. | Pursuant to 28 U.S.C. §1961(a), this judgment | |

1  shall bear interest at the rate of .53% per annum.

2  AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE
3  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
4  SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION
5  AGAINST JAMES FREDERICK PAPOLA, an individual, also known as J.
6  PAPOLA:

7  1.   Unpaid contributions                                              $1,809.92

8  2.   Interest on the unpaid contributions pursuant
     to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum)
9    pursuant to the Trust Agreements from the due date
     to March 30, 2009 (accruing at $0.35 per day)                          116.90
10
11 3.   Attorneys' fees pursuant to Local Rule 55-3                         392.68

   GRAND TOTAL                                                            $2,319.50
12
13 4.   Plus costs to be determined after entry
        of judgment.

14 5.   Pursuant to 28 U.S.C. §1961(a), this judgment
        shall bear interest at the rate of .53% per annum.
15

16  AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE
17  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
18  SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST JP
19  DRYWALL, INC., a Nevada corporation, doing business as JP DRYWALL, and
20  also doing business as J P DRYWALL:

21       1.   For issuance of a permanent injunction restraining and enjoining JP
22  DRYWALL, INC., a Nevada corporation, doing business as JP DRYWALL, and
23  also doing business as J P DRYWALL, ("CORPORATION"), for so long as it
24  remains bound to make any payments or contributions to the PLANS, from failing
25  to deliver or cause to be delivered to CARPENTERS SOUTHWEST
26  ADMINISTRATIVE CORPORATION, the following:
27         a.   Complete, truthful and accurate Employers Monthly Reports to
28  Trustees for the period January 2007 through the present,

   b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of CORPORATION, employed during the previous month under the AGREEMENT,

   c. A declaration from a responsible employee of CORPORATION, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for CORPORATION's Monthly Report; and

   d. Checks for the full amount shown as owing to each Trust on CORPORATION's Monthly Report, payable as designated on the Monthly Report.

DATED: May 7, 2009

      _____
      THE HONORABLE GEORGE H. WU
      UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By: /s/ Yan Gerhsfeld
  YAN GERSHFELD
  Attorney for Plaintiffs

4